AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a MISS ME, a California corporation, and RCRV, INC. d/b/a ROCK REVIVAL, a California corporation,<br>*Plaintiff(s)*<br>v.<br>PHOENIX FIBERS, INC., an Arizona corporation, SAC INTERNATIONAL TRADERS, INC., a California corporation, SHAUKAT ALI CHOHAN, an individual, COMAK TRADING, INC., a California corporation, LYDIA EVILSA TERRAZAS CHO, an individual, MYUNG KWON CHO, an individual, XYZ COMPANIES 1-10, and JOHN AND JANE DOES 1-10<br>*Defendant(s)* | Civil Action No. 2:16-cv-00940-TJH (JCx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Phoenix Fibers, Inc.
400 East Ray Road
Chandler, Arizona 85225

SAC International Traders, Inc.
6130 Avalon Boulevard
Los Angeles, California 90003

Shaukat Ali Chohan
6130 Avalon Boulevard
Los Angeles, California 90003

Comak Trading, Inc.
2550 South Soto Street
Vernon, California 90058

Lydia Evilsa Terrazas Cho
702 N. Crescent Drive
Beverly Hills, California 90210

Myung Kwon Cho
702 N. Crescent Drive
Beverly Hills, California 90210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John C. Ulin
Eric D. Mason
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: February 11, 2016

/s/ E. Liberato

*Signature of Clerk or Deputy Clerk*