EUGENE ALKANA (State Bar No. 60411)
*eugenealkana@mindspring.com*
131 North El Molino Avenue Suite 310
Pasadena, California 91101
PHONE: 626-796-8170
FAX: 626-795-6138

Counsel for Defendant **U.S. General Export**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC., d/b/a MISS ME, a California corporation, and RCRV, INC. d/b/a ROCK REVIVAL, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PHOENIX FIBERS, INC., an Arizona corporation, U.S. GENERAL EXPORT, INC., a California corporation, SAC INTERNATIONAL TRADERS, INC., a California corporation, SHAUKAT ALI CHOHAN, an individual, COMAK TRADING, INC., a California corporation, LYDIA EVILSA TERRAZAS CHO, an individual, MYUNG KWON CHO, an individual, TIFFANY ALANA WOLFF, an individual d/b/a MISS V LANE, XYZ COMPANIES 1-10, and JOHN AND JANE DOES 1-10,<br><br>Defendants. | Case No. 2:16-cv-00940-TJH (JCx)<br><br>**U.S. GENERAL EXPORT INC.'S WITHDRAWAL OF REQUEST (DOC. 41) TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: May 27, 2016<br><br>Judge:   Hon. Terry J. Hatter, Jr. |

Defendant U.S. General Export, Inc., by and through its counsel of record, hereby withdraws its request (Doc. 41, filed June 15, 2016) to extend time in which to answer

1

1   Plaintiff's First Amended Complaint filed herein.

3   DATED: June 17, 2016            By:      */s/ Eugene Alkana*
                                             Eugene Alkana
                                             *eugenealkana@mindspring.com*
                                             Counsel for U.S. General Export, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

SWEET PEOPLE APPAREL, INC.,
et al.,

      Plaintiff(s)

v.

PHOENIX FIBERS, INC., U.S.
GENERAL EXPORT, INC., et al.,

      Defendant(s)

**CERTIFICATE OF SERVICE**

Case No.: 2-16-CV-00940-TJH (JCx)

      I declare that I am over the age of eighteen (18) and not a party to this action.  My business address is 131 N. El Molino Avenue, Suite 310, Pasadena, California 91101.

      A true and correct copy of the foregoing document described as **U.S. General Export's Withdrawal of Request (Doc. 41) to Extend Time to Respond to Initial Complaint by Not More than 30 Days (L.r. 8-3)** on the judge in chambers in the form and manner required by LR 5-4.5; and **(b)** in the manner indicated below:

**To Be Served by the Court via Notice of Electronic Filing ("NEF")**  Pursuant to the Judicial Conference of the United States,  the foregoing document will be served by the court via NEF and hyperlink to the document.  On **June 17, 2016** I checked the CM/ECF docket for this case and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Attorneys for Plaintiffs John C. Ulin  *john.ulin@aporter.com*; Louis S. Ederer *louis.ederer@aporter.com* , Matthew Salzman *matthew.salzmann@aporter.com*, Eric D. Mason *eric.mason@aporter.com*, Leyla Cambel *lelya.cambel@aporter.com ecalendar@aporter.com*, *jacquelynn.tollefson@aporter.com*;  Attorneys for Defendant Phoenix Fibers, Inc. William C. O'Neill *wco@rossllp.com*,  Attorneys for Defendants Comak Trading, Inc., Myung Cho and Lydia Cho, and Cross-Claimant Comak Trading, Inc. Sagi Schwartzberg  *inbox@ielawoffice.com*, Michael James Luther *inbox@ielawoffice.com*; Attorney for Defendant U.S. General Exports, Inc. Eugene S Alkana  *eugenealkana@mindspring.com*

      Pursuant to F.R. Civ.P. 5 and L.R. 5-4.5  on **June 17, 2016** I served the following person(s) and/or entity(ies) by personal delivery, by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

*Chambers of the Hon.  Terry J. Hatter, Jr., 312 North Spring Street, Los Angeles, CA (personal delivery)*

Dated:  June 17, 2016                                 /s/Kathleen Wilber

                                                    Kathleen Wilber