WILLIAM C. O'NEILL / SBN 251071
ROSS WERSCHING & WOLCOTT LLP
Attorneys at Law
3151 Airway Avenue, Building S-1
Costa Mesa, California 92626
Telephone: (714) 444-3900
Facsimile: (714) 444-3901
WCO@RossLLP.com

Attorneys for Defendant
PHOENIX FIBERS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. D/B/A MISS ME, a California corporation, and RCRV, INC. D/B/A ROCK REVIVAL, a California corporation,<br><br>    Plaintiffs,<br><br>  vs.<br><br>PHOENIX FIBERS, INC., an Arizona corporation, SAC INTERNATIONAL TRADERS, INC., a California corporation, SHAUKAT ALI CHOHAN, an individual, COMAK TRADING, INC., a California corporation, LYDIA EVILSA TERRAZAS CHO, an individual, MYUNG KWON CHO, an individual, XYZ COMPANIES 1-10, and JOHN AND JANE DOES 1-10,<br><br>    Defendants. | Case No.: 2:16-cv-00940-TJH-JC<br><br>Assigned for All Purposes to:<br>Hon. Terry J. Hatter Jr.<br><br>**DEFENDANT PHOENIX FIBERS, INC.'S ANSWER TO U.S. GENERAL EXPORT'S CROSSCLAIM**<br><br>**DEMAND FOR JURY TRIAL** |

Defendant Phoenix Fibers, Inc. ("Defendant") hereby answers the Crossclaim filed by Defendant and Cross-Plaintiff U.S. General Export, Inc. (hereinafter "U.S. General Export") as follows:

1. Defendant lacks sufficient information upon which to admit or deny the truth of the "answer and defenses" incorporated into Paragraph 1, and on that basis denies the allegations of said Paragraph.

2. Defendant admits that this Court has jurisdiction over the subject matter of these Crossclaims.

3. Though Defendant denies the factual underpinnings of the trademark claims set forth in the Complaint, Defendant admits that the Crossclaims arise out of the same series of such alleged transactions and occurrences.

4. Defendant admits that this Court has jurisdiction over the subject matter of these Crossclaims.

5. Defendant admits that this Court has personal jurisdiction over Defendant for the purposes of this dispute.

6. Defendant admits that venue is proper in this Court.

7. Defendant admits that it is a corporation organized under the laws of the State of Arizona with its principal place of business located at 400 East Ray Road,

1

**DEFENDANT PHOENIX FIBERS, INC.'S ANSWER TO U.S. GENERAL EXPORT'S CROSSCLAIM**

Chandler, Arizona 85225.

8. Defendant lacks sufficient information upon which to admit or deny the truth of the factual allegations contained in Paragraph 8, and on that basis denies the allegations of said Paragraph.

9. Defendant lacks sufficient information upon which to admit or deny the truth of the factual allegations contained in Paragraph 9, and on that basis denies the allegations of said Paragraph.

10. Defendant is informed and believes that the allegations contained in paragraph 10 are true and on that basis admits the allegations therein.

11. Defendant admits that during 2015, U.S. General Export purchased bulk shipments of credential and other baled or loose clothing and shoes from Defendant that included (among other things) some product donated by Plaintiffs. Defendant lacks sufficient information upon which to admit or deny the truth of the remaining factual allegations contained in Paragraph 11, and on that basis denies the allegations of said Paragraph.

12. Defendant denies that it "impliedly promised" anything to US General Exports. Defendant lacks sufficient information upon which to admit or deny the truth of the remaining factual allegations contained in Paragraph 12, and on that basis denies the allegations of said Paragraph.

13. Defendant denies the allegations contained in Paragraph 13.

2

**DEFENDANT PHOENIX FIBERS, INC.'S ANSWER TO U.S. GENERAL EXPORT'S CROSSCLAIM**

14. Defendant lacks sufficient information upon which to admit or deny the truth of the factual allegations contained in Paragraph 14, and on that basis denies the allegations of said Paragraph.

15. Defendant lacks sufficient information upon which to admit or deny the truth of the additional factual allegations contained in Paragraph 15, and on that basis denies the remaining allegations of said Paragraph.

16. Defendant incorporates by reference its responses in paragraphs 1-15.

17. Defendant admits that during 2015, U.S. General Export purchased bulk shipments of credential and other baled or loose clothing and shoes from Defendant that included (among other things) some product donated by Plaintiffs. Defendant denies the remaining allegations concerning terms of an agreement.

18. Defendant denies the factual allegations contained in Paragraph 18.

19. Defendant denies the factual allegations contained in Paragraph 19.

20. Defendant denies the factual allegations contained in Paragraph 20.

21. Defendant incorporates by reference its responses in paragraphs 1-20.

22. Defendant admits that during 2015, U.S. General Export purchased bulk shipments of credential and other baled or loose clothing and shoes from Defendant

3

**DEFENDANT PHOENIX FIBERS, INC.'S ANSWER TO U.S. GENERAL EXPORT'S CROSSCLAIM**

ROSS WERSCHING & WOLCOTT LLP
ATTORNEYS AT LAW
3151 AIRWAY AVENUE, SUITE 1
COSTA MESA, CA 92626
(714) 444-3900

that included (among other things) some product donated by Plaintiffs. Defendant denies the remaining allegations concerning terms of an agreement.

23. Defendant denies the factual allegations contained in Paragraph 23.

24. Defendant denies the factual allegations contained in Paragraph 24.

25. Defendant denies the factual allegations contained in Paragraph 25.

26. Defendant lacks sufficient information upon which to admit or deny the truth of the additional factual allegations contained in Paragraph 26, and on that basis denies the allegations of said Paragraph.

27. Defendant lacks sufficient information upon which to admit or deny the truth of the additional factual allegations contained in Paragraph 27, and on that basis denies the allegations of said Paragraph.

28. Defendant lacks sufficient information upon which to admit or deny the truth of the additional factual allegations contained in Paragraph 28, and on that basis denies the allegations of said Paragraph.

29. Defendant lacks sufficient information upon which to admit or deny the truth of the additional factual allegations contained in Paragraph 29, and on that basis denies the allegations of said Paragraph.

**DEFENDANT PHOENIX FIBERS, INC.'S ANSWER TO U.S. GENERAL EXPORT'S CROSSCLAIM**

## US GENERAL EXPORT'S PRAYER FOR RELIEF

As to Plaintiffs' Prayer for Relief, Defendant denies that U.S. General Export is entitled to the relief requested in its prayer against Defendant and specifically denies that U.S. General Export is entitled to any relief whatsoever against Defendant.

## AFFIRMATIVE DEFENSES

As separate and affirmative defenses, Defendant alleges as follows:

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

1.  The Cross-Claim and each and every claim alleged therein fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE
### (Estoppel)

2.  US General Export's purported causes of action, and each of them, are barred by the doctrine of estoppel due to US General Export's knowledge and acts.

### THIRD AFFIRMATIVE DEFENSE
### (Waiver)

3.  US General Export's purported causes of action, and each of them, are barred by the waiver of estoppel due to US General Export's knowledge and acts.

ROSS WERSCHING & WOLCOTT LLP
ATTORNEYS AT LAW
3151 AIRWAY AVENUE, SUITE I-1
COSTA MESA, CA 92626
(714) 444-3900

## FOURTH AFFIRMATIVE DEFENSE

### (Parol Evidence Rule)

4. US General Export's purported causes of action, and each of them, are barred by the parol evidence rule.

## FIFTH AFFIRMATIVE DEFENSE

### (Statute of Frauds)

5. US General Export's purported causes of action, and each of them, are barred by the statute of frauds.

## DEFENDANT'S PRAYER FOR RELIEF

WHEREFORE, Defendant prays for judgment as follows:

1. That US General Export take nothing by reason of its Cross-Claim, that judgment be rendered in favor of Defendant;

2. That Defendant be awarded its costs of suit incurred herein, including reasonable attorneys' fees to the extent permitted by law; and

///
///
///
///
///

1        3.      For such other and further relief as the Court deems proper.

3  DATED: July 19, 2016          ROSS WERSCHING & WOLCOTT LLP

By:    */s/ William C. O'Neill*
      WILLIAM C. O'NEILL
      Attorneys for Defendant
      PHOENIX FIBERS, INC.

ROSS WERSCHING & WOLCOTT LLP
ATTORNEYS AT LAW
3151 AIRWAY AVENUE, SUITE-1
COSTA MESA, CA 92626
(714) 444-3900

7
**DEFENDANT PHOENIX FIBERS, INC.'S ANSWER TO U.S. GENERAL EXPORT'S CROSSCLAIM**

# JURY DEMAND

Defendant hereby demands trial by jury.:

DATED: July 19, 2016          ROSS WERSCHING & WOLCOTT LLP


By: _____*/s/ William C. O'Neill*_____
    WILLIAM C. O'NEILL
    Attorneys for Defendant
    PHOENIX FIBERS, INC.

ROSS WERSCHING & WOLCOTT LLP
ATTORNEYS AT LAW
3151 AIRWAY AVENUE, SUITE-1
COSTA MESA, CA 92626
(714) 444-3900

8

**DEFENDANT PHOENIX FIBERS, INC.'S ANSWER TO U.S. GENERAL EXPORT'S CROSSCLAIM**