# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sweet People Apparel, Inc. d/b/a Miss Me, et al | **CASE NUMBER** |
| Plaintiff(s) | 2:16-00940-TJH(JCx) |
| v. | |
| Phoenix Fibers, Inc. et al. | (~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY   [61] |
| Defendant(s) | |

The Court hereby orders that the request of:

LYDIA EVILSA TERRAZAS CHO        ☐ Plaintiff  ☒ Defendant  ☐ Other  _____
_Name of Party_

to substitute  LYDIA EVILSA TERRAZAS CHO _____ who is

☐ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☒ Pro Se

702 N. Crecent Dr. _____
_Street Address_

Beverly Hills, CA 90210 _____        rollcho@aol.com _____
_City, State, Zip_                                    _E-Mail Address_

(310)408-9586 _____    N/A _____        _____
_Telephone Number_                _Fax Number_                _State Bar Number_

as attorney of record instead of  Sagi Schwartzberg, Michael J Luther, _____
_List **all** attorneys from same firm or agency who are withdrawing._

_____

_____

**is hereby**    ☒ **GRANTED**    ☐ **DENIED**

Dated  SEPT. 28, 2016 _____        _Terry J. Hatter, Jr._
                                            U. S. District Judge/U.S. Magistrate Judge