JOHN C. ULIN (State Bar No. 165524)
John.Ulin@aporter.com
ERIC D. MASON (State Bar No. 259233)
Eric.Mason@aporter.com
LOUIS S. EDERER (*Pro Hac Vice*)
Louis.Ederer@aporter.com
MATTHEW T. SALZMANN (*Pro Hac Vice*)
Matthew.Salzmann@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone: (213) 243-4000; Facsimile:  (213) 243-4199

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a MISS ME, a California corporation, and RCRV, INC. d/b/a ROCK REVIVAL, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PHOENIX FIBERS, INC., an Arizona corporation, U.S. GENERAL EXPORT, INC., a California corporation, SAC INTERNATIONAL TRADERS, INC., a California corporation, SHAUKAT ALI CHOHAN, an individual, COMAK TRADING, INC., a California corporation, LYDIA EVILSA TERRAZAS CHO, an individual, MYUNG KWON CHO, an individual, TIFFANY ALANA WOLFF, an individual d/b/a MISS V LANE, XYZ COMPANIES 1-10, and JOHN AND JANE DOES 1-10,<br><br>Defendants. | Case No.:  2:16-cv-00940-TJH-JC<br><br>Hon. Terry J. Hatter Jr.<br><br>**JOINT STIPULATION RE REQUEST FOR AN ORDER CONTINUING THE FINAL PRETRIAL CONFERENCE AND SETTING OTHER DATES**<br><br>Complaint Filed:  February 10, 2016<br><br>First Amended Complaint Filed:  May 18, 2016<br><br>Final Pretrial Conference:  January 30, 2017 |

On Monday, December 19, 2016, plaintiffs Sweet People Apparel, Inc. d/b/a Miss Me, and RCRV, Inc. d/b/a Rock Revival (collectively "Plaintiffs") filed an *ex parte* application for an Order (a) continuing the Final Pretrial Conference to March 27, 2017, or to a date and time that is convenient for the Court, and (b) setting a briefing schedule for defendant Phoenix Fibers, Inc.'s ("Phoenix Fibers") anticipated motion for summary judgment, which anticipates a moving date of no earlier than Friday, January 13, 2017.  Dkt. Nos. 75-76.  The following day, December 20, 2016, Phoenix Fibers filed its opposition to Plaintiffs' *ex parte* application.  Dkt. Nos. 77-78.

Since the filing of the Parties' respective submissions, the Parties have reached an agreement with respect to the portion of Plaintiffs' pending *ex parte* application seeking a continuance of the Final Pretrial Conference to March 27, 2017.  Specifically, Plaintiffs, Phoenix Fibers, and all other represented Parties have reached an agreement on the following proposed case management deadlines:

| Event | Date |
| --- | --- |
| Initial Expert Disclosures & Reports | February 13, 2017 |
| Rebuttal Export Disclosures & Report Reports | February 27, 2017 |
| Discovery Cutoff | March 13, 2017 |
| Final Pretrial Conference | March 27, 2017 |
| Jury Trial | May 9, 2017 |

Accordingly, the Parties hereby submit this Joint Request to respectfully request that the Court issue an Order (a) continuing the Final Pretrial Conference, currently scheduled for January 30, 2017, to March 27, 2017 at 10:00 a.m., or to a date and time thereafter that is convenient for the Court, and (b) and setting the other foregoing dates, including a trial date of May 9, 2017.

1  Subject to the Court's acceptance of the Parties' instant Joint Request and the
2  entry of the accompanying Proposed Order, Plaintiffs respectfully withdraw that
3  portion of their pending application seeking a continuance of the Final Pretrial
4  Conference, and Phoenix Fibers withdraws its opposition thereto.
5  The Parties, however, continue to respectfully request that the Court decide
6  and issue an Order with respect to Plaintiffs' remaining application requesting that
7  the Court set a briefing schedule for Phoenix Fibers' anticipated motion for summary
8  judgment, which anticipates a moving date of no earlier than Friday, January 13,
9  2017.
10 We thank the Court for its consideration.
11 Dated: December 21, 2016

| ARNOLD & PORTER LLP | ROSS WERSCHING & WOLCOTT LLP |
|---|---|
| By:   /s/ Matthew T. Salzmann<br>    John C. Ulin (SBN 165524)<br>    John.Ulin@aporter.com<br>    Eric D. Mason (SBN 259233)<br>    Eric.Mason@aporter.com<br>    Louis S. Ederer (*Pro Hac Vice*)<br>    Louis.Ederer@aporter.com<br>    Matthew T. Salzmann (*Pro Hac Vice*)<br>    Matthew.Salzmann@aporter.com<br>    777 South Figueroa Street, 44th Fl.<br>    Los Angeles, CA 90017-5844<br>    Tel: 213-243-4000<br>    Fax: 213-243-4199<br><br>*Counsel for Plaintiffs* | By:   /s/ Kenneth G. Parker<br>    William C. O'Neill (SBN 251071)<br>    WCO@RossLLP.com<br>    3151 Airway Avenue, Building S<br>    Costa Mesa, CA 92626<br>    Tel: 714-444-3900<br>    Fax: 714-444-3901<br><br>    Kenneth G. Parker (SBN 182911)<br>    kenneth.parker@haynesboone.com<br>    Mark D. Erickson (SBN 104403)<br>    mark.erickson@haynesboone.com<br>    Martin E. Ellison (SBN 292060)<br>    martin.ellison@haynesboone.com<br>    Christopher Maciel (SBN 300733)<br>    christopher.maciel@haynesboone.com<br>    HAYNES AND BOONE LLP<br>    600 Anton Boulevard, Suite 700<br>    Costa Mesa, CA 92626<br>    Tel: 949-202-3000<br>    Fax: 949-202-3001<br><br>*Counsel for Defendant*<br>*Phoenix Fibers, Inc.* |

| | |
|---|---|
| EUGENE ALKANA | LAW OFFICE OF J.T. FOX & ASSOCIATES, APC |
| By:   /s/ Eugene Alkana<br>Eugene Alkana (SBN 60411)<br>eugenealkana@yahoo.com<br>131 North El Molino Ave., Suite 310<br>Pasadena, CA 91730<br>Tel: 626-796-8170<br>Fax: 626-795-6138<br><br>*Counsel for Defendant U.S. General Export, Inc.* | By:   /s/ J.T. Fox<br>J.T. Fox (SBN 195063)<br>jt@foxlaw.com<br>556 S. Fair Oaks Ave., No. 444<br>Pasadena, CA 91105<br>Tel: 888-750-5530<br>Fax: 888-750-5530<br><br>*Counsel for Defendant Tiffany Alana Wolff d/b/a Miss V Lane* |

    Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.