UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:16-cv-00940-TJH-JCx | Date | December 22, 2016 |
|---|---|---|---|
| Title | Sweet People Apparel, Inc., et al. v. Phoenix Fibers, Inc., et al. | | |

| Present: The Honorable | TERRY J. HATTER, JR., Senior U.S. District Judge |
|---|---|

| Joseph Remigio | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)

Plaintiffs' ex parte application to continue the Final Pretrial Conference [75] is denied as moot. The stipulation [79] to continue the Final Pretrial Conference date is approved and ordered by the Court, with the exception of the stipulated trial date, as follows:

Initial expert disclosures and reports shall be served on February 13, 2017;
Rebuttal expert disclosures and reports shall be served on February 27, 2017;
All discovery (fact and expert) closes on March 13, 2017;
That the Final Pretrial Conference is continued to March 27, 2017 at 10:00 a.m.
The Court will set the trial date at the Final Pretrial Conference.

IT IS SO ORDERED.

                                                                                              :
                                                      Initials of Preparer   jre