# Exhibit R

**From:** Lisa Song
**Sent:** Monday, December 05, 2011 4:38 PM
**To:** Soohan Kim
**Subject:** FW: Denim Donation
**Attachments:** Phoenix Fibers Email Logo.pdf; ATT00001..htm

Mr. Kim,

Please see the below email for LEED credit information. Do we participate in this currently?

Thank you,
Lisa

# Miss Me

LISA SONG

4715 SOUTH ALAMEDA STREET LOS ANGELES CALIFORNIA 90058
E | lisasong@missme.com   T | 323 235 7328   F | 213 402 5515   C | 562 822 4426



**From:** Matt Graham [mailto:Matt@PHXFibers.com]
**Sent:** Monday, December 05, 2011 1:20 PM
**To:** Lisa Song
**Subject:** Re: Denim Donation

Lisa,
We never discussed a tax credit but did discuss potential LEED credits. Phoenix Fibers, Inc. is a for-profit recycler and cannot legally offer a tax credit for our service. What we provide is a unique recycling service for organizations needing textile recycling. This service also helps keep this material from ending up in our nations landfills.

Some of the companies we partner with are Levi's, GAP, JC Penney, Cotton Inc, Dickies, American Apparel and many others.

Thru your internal recycling initiative, I thought there might be the possibility of your company receiving LEED credits. LEED stands for Leadership in Energy and Environmental Design. If you don't already participate and would like information on LEED, I will put you in contact with someone who can assist you.

The product we receive may be recycled into any number of products. This could range from house, automobile or appliance insulation to prison mattresses. Tracking which product would prove to be too difficult. There is also a certain portion that cannot be used, such as the metal pieces in the buttons and zippers. These are removed and recycled separately.

We truly appreciate the opportunity to partner with companies that have strong recycling initiatives, like Miss Me.

1

SP/RCRV005583

Thank you,

**Matt Graham**
*General Manager*
400 E. Ray Rd.
Chandler, AZ 85225
Cell: 602.793.9133
Ph: 480.963.3277
Fax: 480.963.1217
Matt@PHXFibers.com

SP/RCRV005584

**Exhibit R**
**266**