1
JOHN C. ULIN (State Bar No. 165524)
John.Ulin@apks.com

2
ERIC D. MASON (State Bar No. 259233)
Eric.Mason@apks.com

3
LOUIS S. EDERER (*Pro Hac Vice*)
Louis.Ederer@apks.com

4
MATTHEW T. SALZMANN (*Pro Hac Vice*)
Matthew.Salzmann@apks.com

5
ARNOLD & PORTER KAYE SCHOLER LLP

6
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844

7
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199

8

9
*Attorneys for Plaintiffs Sweet People Apparel, Inc.*
*d/b/a Miss Me and RCRV, Inc. d/b/a Rock Revival*

10

**UNITED STATES DISTRICT COURT**

11

**CENTRAL DISTRICT OF CALIFORNIA**

12

**WESTERN DIVISION**

13

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a MISS ME, a California corporation, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PHOENIX FIBERS, INC., an Arizona corporation, et al., <br><br> Defendants. | Case No.:  2:16-cv-00940-TJH-JC <br><br> Hon. Terry J. Hatter Jr. <br><br> **JOINT WITNESS LIST PURSUANT TO LOCAL RULE 16-5** <br><br> Judge:        Hon. Terry J. Hatter Jr. <br><br> Pretrial Conf. Date:  March 27, 2017 <br> Trial Date:            TBD |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the Court's Orders, Local Rules 16-2.4 and 16.5 and Federal Rule of Civil Procedure 26, Plaintiffs Sweet People Apparel, Inc. d/b/a Miss Me, and RCRV, Inc. d/b/a Rock Revival, and Defendants Phoenix Fibers, Inc., U.S. General Export, Inc., Comak Trading, Inc., Lydia Evilsa Terrazas Cho, Myung Kwon Cho, and Tiffany Alana Wolff d/b/a Miss V Lane, respectfully submit the following joint list of witnesses they presently anticipate calling to testify at trial, other than those witnesses contemplated to be called solely for impeachment.  Witnesses identified with an asterisk are witnesses which the parties may call only if the need arises.  As discovery in this case is ongoing, the parties respectfully reserve the right to amend this list.

I.    **PLAINTIFFS' WITNESS LIST**

1.    Eric Choi

2.    Lilly Kim

3.    Felipe Salgado

4.    Lisa Song

5.    Brittni Popp

6.    Lissa Moreno

7.    Juli Saitz

8.    Tod Kean (live and by deposition testimony)

9.    Steven Johnson (live or by deposition testimony)

10.    Kelly Quinn (live or by deposition testimony)

11.    Nellie Sanchez (live and by deposition testimony)

12.    Lydia Evilsa Terrazas Cho (live and by deposition testimony)

13.    Tiffany Alana Wolff (live and by deposition testimony)

II.    **DEFENDANTS PHOENIX FIBERS, INC.'S AND U.S. GENERAL EXPORT, INC.'S WITNESS LIST**

1.    Tod Kean

2.    Steven Johnson

3.     Kelly Quinn*

4.     Jana Hawley, Ph.D.

5.     Robert Knudsen

6.     Sweet People Apparel, Inc.

7.     RCRV, Inc.

8.     Eric Choi

9.     Lilly Kim

10.    Felipe Salgado

11.    Lisa Song

12.    Soohan Kim

13.    Investigative Consultants*

14.    Brittni Popp

15.    Lissa Moreno

16.    Kris Buckner

17.    Tiffany Alana Wolff

18.    U.S. General Export, Inc.*

19.    Kamel Mroueh*

20.    SAC International Traders, Inc.*

21.    Shaukat Ali Chohan*

22.    Comak Trading, Inc.*

23.    Lydia Evilsa Terrazas Cho*

24.    Wes Baker*

25.    Nellie Sanchez

## III.   DEFENDANT TIFFANY ALANA WOLFF D/B/A MISS V LANE'S WITNESS LIST

1.     Tiffany Alana Wolff, an individual d/b/a MISS V LANE

2.     Lydia Evilsa Terrazas Cho

3.     Comak Trading, Inc.

4.    SAC International Traders, Inc.

5.    Ingrid Garcia

6.    Liz Ortiz

7.    Julie Berg

8.    Jennifer Hausman

9.    Bobby Reihanian

10.   Myung Kwon Cho

11.   U.S. General Export, Inc.

12.   Investigative Consultants

13.   RCRV, Inc.

14.   Sweet People Apparel, Inc.

15.   Robert Knudson

1  Dated:  March 6, 2017          ARNOLD & PORTER KAYE SCHOLER LLP

2
                                  By:   /s/  Matthew T. Salzmann
3                                       John C. Ulin
                                        John.Ulin@apks.com
4                                       Eric D. Mason
                                        Eric.Mason@apks.com
5                                       Louis S. Ederer
                                        Louis.Ederer@apks.com
6                                       Matthew T. Salzmann
                                        Matthew.Salzmann@apks.com
7

8                                       *Attorneys for Plaintiffs*
9                                       *Sweet People Apparel, Inc. d/b/a Miss Me*
                                        *and RCRV, Inc. d/b/a Rock Revival*
10

11
12  Dated:  March 6, 2017          HAYNES AND BOONE LLP

13                                 By:   /s/ Kenneth G. Parker
14                                      Kenneth G. Parker
                                        kenneth.parker@haynesboone.com
15                                      Mark D. Erickson
                                        mark.erickson@haynesboone.com
16                                      Martin E. Ellison
                                        martin.ellison@haynesboone.com
17                                      Christopher Maciel
18                                      christopher.maciel@haynesboone.com

19                                      ROSS WERSCHING & WOLCOTT LLP
20                                      William C. O'Neill
                                        WCO@RossLLP.com
21

22                                      *Attorneys for Defendant Phoenix Fibers, Inc.*

23
24  Dated:  March 6, 2017          LAW OFFICE OF EUGENE ALKANA

25                                 By:   /s/ Eugene Alkana
26                                      Eugene Alkana
                                        eugenealkana@yahoo.com
27
28                                      *Attorneys for Defendant*
                                        *U.S. General Export, Inc.*

1

Dated:  March 6, 2017

LAW OFFICE OF J.T. FOX & ASSOCIATES, APC

2

3

By:   /s/ J.T. Fox

4

J.T. Fox
jt@foxlaw.com

5

6

*Tiffany Alana Wolff*
*d/b/a Miss V Lane*

7

8

Dated:  March 6, 2017

LYDIA EVILSA TERRAZAS CHO

9

10

By:

Lydia Evilsa Terrazas Cho

11

12

13

Dated:  March 6, 2017

MYUNG KWON CHO

14

By:

15

Myung Kwon Cho

16

17

    Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories

18

listed, and on whose behalf this filing is submitted, concur in the filing's content and

19

have authorized the filing.

20

21

22

23

24

25

26

27

28