JOHN C. ULIN (State Bar No. 165524)
John.Ulin@apks.com
ERIC D. MASON (State Bar No. 259233)
Eric.Mason@apks.com
LOUIS S. EDERER (*Pro Hac Vice*)
Louis.Ederer@apks.com
MATTHEW T. SALZMANN (*Pro Hac Vice*)
Matthew.Salzmann@apks.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone: (213) 243-4000
Facsimile:  (213) 243-4199

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a MISS ME, a California corporation, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PHOENIX FIBERS, INC., an Arizona corporation, et al.,<br><br>Defendants. | Case No.: 2:16-cv-00940-TJH-JC<br><br>Hon. Terry J. Hatter Jr.<br><br>**NOTICE OF LODGING FINAL PRETRIAL CONFERENCE ORDER**<br><br>Date:   March 27, 2017<br>Judge:  Hon. Terry J. Hatter Jr.<br><br>Pretrial Conf. Date: March 27, 2017<br>Trial Date:  TBD |

Plaintiffs Sweet People Apparel, Inc. d/b/a Miss Me and RCRV, Inc. d/b/a Rock Revival, and Defendants Phoenix Fibers, Inc., U.S. General Export, Inc., Comak Trading, Inc., Lydia Evilsa Terrazas Cho, Myung Kwon Cho, and Tiffany Alana Wolff d/b/a Miss V Lane hereby respectfully submit the attached Final Pretrial Conference Order.

Dated:  March 6, 2017          ARNOLD & PORTER KAYE SCHOLER LLP

By:   /s/  Matthew T. Salzmann
John C. Ulin
John.Ulin@apks.com
Eric D. Mason
Eric.Mason@apks.com
Louis S. Ederer
Louis.Ederer@apks.com
Matthew T. Salzmann
Matthew.Salzmann@apks.com

*Attorneys for Plaintiffs Sweet People Apparel, Inc. d/b/a Miss Me and RCRV, Inc. d/b/a Rock Revival*

- 1 -