# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 16-0940-TJH(JCx)** | Date | MARCH 23, 2017 |

Title: SWEET PEOPLE APPAREL, INC., ET AL., v. PHOENIX FIBERS, INC., ET AL.,

Present: The Honorable  TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** IN CHAMBERS - NOTICE TO ALL PARTIES OF COURT ORDER

On the Court's own motion, the Final Pretrial Conference hearing currently scheduled for March 27, 2017, is hereby ordered continued to ***June 12, 2017 at 10:00 a.m.***

Counsel for the parties will appear in person.

IT IS SO ORDERED.

cc: all parties