# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC., *etc.*, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>PHOENIX FIBERS, INC., *et al.*,<br><br>    Defendants. | CV 16-00940 TJH (JCx)<br><br><br>Order |

  The Court has considered Plaintiffs' request, pursuant to Fed. R. Civ. P. 56(d)(1), to deny Defendant Phoenix Fiber's pending motion for summary judgment because Plaintiffs have not completed discovery, together with the moving and opposing papers.

  It is Ordered that Plaintiffs' request to deny Defendant's pending motion for summary judgment be, and hereby is, Denied; however, the Court will continue the submission date on the pending motion for summary judgment to permit Plaintiffs additional time to complete discovery.

It is further Ordered that:

1. Plaintiffs shall complete all discovery necessary to oppose Defendant's pending motion for summary judgment by June 12, 2017.

2. The deadline to file any motions to compel is May 1, 2017.

3. After completion of discovery, Plaintiff may file an amended opposition brief to Defendant's motion for summary judgment by June 19, 2017.

4. Defendant Phoenix Fibers may, then, file an amended reply brief in response to Plaintiffs' amended opposition brief no later than fourteen (14) days after the amended opposition brief is filed.

5. The summary judgment motion will then stand submitted.


It is further Ordered that the final pretrial conference be, and hereby is, Continued to August 28, 2017.

Date: March 23, 2017

Terry J. Hatter, Jr.
Senior United States District Judge