JOHN C. ULIN (State Bar No. 165524)
John.Ulin@apks.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Tel.: (213) 243-4000; Fax: (213) 243-4199

LOUIS S. EDERER (Pro Hac Vice)
Louis.Ederer@apks.com
MATTHEW T. SALZMANN (Pro Hac Vice)
Matthew.Salzmann@apks.com
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Tel.: (212) 836-8000; Fax: (212) 836-8689

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a MISS ME, a California corporation, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PHOENIX FIBERS, INC., an Arizona corporation, et al., <br><br> Defendants. | Case No.:  2:16-cv-00940-TJH-JC <br><br> Hon. Terry J. Hatter Jr. <br><br> **DECLARATION OF MATTHEW T. SALZMANN IN OPPOSITION TO DEFENDANT PHOENIX FIBERS, INC.'S MOTION FOR SEPARATE TRIALS** <br><br> Date:       August 21, 2017 <br> Time:      Under submission <br> Location: Courtroom 9B <br>            First Street Courthouse |

1       I, Matthew T. Salzmann, declare as follows:

2       1.      I am a member of the law firm of Arnold & Porter Kaye Scholer LLP, counsel for record for plaintiffs Sweet People Apparel, Inc. d/b/a Miss Me, and RCRV, Inc. d/b/a Rock Revival (collectively "Plaintiffs").  I have personal knowledge of the facts set forth below and, if called as a witness, could and would competently testify thereto.

        2.      I respectfully submit this declaration in support of Plaintiffs' opposition to defendant Phoenix Fibers, Inc.'s Motion for Separate Trials.

        3.      Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the deposition transcript of defendant U.S. General Export, Inc.'s Rule 30(b)(6) corporate representative, Nellie Sanchez, which took place on February 20, 2017.

        I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

        Executed this 31st day of July 2017 at New York, New York.


                                    /s/ Matthew T. Salzmann
                                    MATTHEW T. SALZMANN